■ RICHARD O. ARTHER et al., Respondents, v. CLEVE BACKSTER, Appellant.— Judgment directing defendant to transfer shares of stock to plaintiffs unanimously affirmed, without costs or disbursements. Appeal from order entered on May 20, 1964 granting a trial preference dismissed, without costs

or disbursements, on the ground that the order is intermediate and does not necessarily affect the final judgment rendered, and it consequently does not affect a substantial right. (Cf. CPLR 5501, subd. [a], par. 1; 5701, subd. [a], par. 2, cl. [v].) Concur — Breitel, J. P., Rabin, Stevens and Eager, JJ.